UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE TIMOTHY C. STANCEU, *SENIOR JUDGE*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY,<br><br>      Defendant. | Court Nos. 11-00352, 11-00367, 13-00084, 13-00085, 13-00086, 13-00087, 13-00088, 13-00089, 13-00090, 13-00091 and 13-00092 |

## ORDER

Upon reading plaintiff's consent motion to stay actions; and upon consideration of other papers and proceedings had herein; it is hereby

ORDERED that plaintiff's motion be, and hereby is, granted; and it is further

ORDERED that proceedings in the above-captioned actions are stayed to, and including, April 1, 2022; and it is further

ORDERED that the parties are to provide the Court with a status report on or before April 1, 2022.

                                                 /s/ Timothy C. Stanceu
                                           TIMOTHY C. STANCEU, *SENIOR JUDGE*

Dated: New York, New York
         October 4, 2021